UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
ROCHELLE CRAIG,

             Plaintiff,

-against-

NS REALTY INVESTORS GROUP, LLC,
KONDAUR CAPITAL CORPORATION,
DOES 1-10,
             Defendants.
----------------------------------------------------X

**ORDER**
13-CV-04526 (JFB)(GRB)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ AUG 14 2013 ★

LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

On August 9, 2013, *pro se* plaintiff Rochelle Craig ("plaintiff") commenced this action against NS Realty Investors Group, LLC, Konaur Capital Corporation and ten "Doe" defendants (collectively, "defendants"), pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") and the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.* ("TILA"). Accompanying the complaint is an application to proceed *in forma pauperis*.

Upon review of plaintiff's declaration in support of her application to proceed *in forma pauperis*, plaintiff's financial status qualifies her to commence this action without prepayment of the filing fees. *See* 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff's application to proceed *in forma pauperis* is GRANTED. The Clerk of Court is directed to forward copies of the summons, complaint and this Order to the United States Marshal Service for service upon the defendants without prepayment of fees, and to mail a copy of this Order to the *pro se* plaintiff at her last known address.

**SO ORDERED.**
                                      s/ Sandra J. Feuerstein

                                      Sandra J. Feuerstein
                                      United States District Judge

Dated: August 14, 2013
       Central Islip, New York