**COPY 1**

U.S. Department of Justice
United States Marshals Service



NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E D N Y

★ MAR 31, 2014 ★

LONG ISLAND OFFICE

TO: Kondaur Capital Corporation c/o Fincey John
Knuckles Komosinski & Elliot LLp
Suite 590
565 Taxter Road
Elmsford, NY 10523

Civil Action, File Number 13-CV-4526 (SJF)

Rochelle Craig

v.

NS Realty Investors Group, LLC et. al.

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and New York State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within 30 days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 30 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

03/10/2014
Date of Signature

_____
Signature (USMS Official)

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

565 Taxter Road, Suite 590
Street Number and Street Name or P.O. Box No.

Elmsford, New York 10523
City, State and Zip Code

_____
Signature

Counsel for Kondaur Capital Corporate
Relationship to Entity/Authority to Receive

_____
Service of Process

3·20·14
Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 05/10
Automated 10/03

Knuckles, Komosinski & Elliot, LLP
565 Taxter Road, Suite 590
Elmsford, New York 10523

Clerk of the Court

US Courthouse
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

