UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCHELLE CRAIG,<br><br>                Plaintiff,<br><br>-against-<br><br>SAXON MORTGAGE SERVICES, INC.;<br>DECISION ONE MORTGAGE COMPANY,<br>LLC; MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC. ("MERS");<br>NS REALTY INVESTORS GROUP, LLC;<br>IRA BIERMAN, owner NS Realty and HDHJ<br>Group LLC; ANDREW RIEGER Executive<br>Accountant for Kondaur Capital Corporation;<br>KONDAUR CAPITAL CORPORATION;<br>HDHJ GROUP LLC and DOES 1 TO 50<br>Inclusive;<br><br>                Defendants. | Case No. 13-cv-4526 (SJF) (GRB)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that, the undersigned hereby appears as counsel to defendant Saxon Mortgage Services, Inc., in the within action and demands that all pleadings and documents in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
      April 7, 2014

                        EDWARDS WILDMAN PALMER LLP

                        By: _Nora A. Valenza-Frost_

                        Nora A. Valenza-Frost, Esq.<br>                        Robert W. DiUbaldo, Esq.<br>                        750 Lexington Avenue, 8th Floor<br>                        New York, New York 10022<br>                        (212) 308-4411 telephone<br>                        (212) 308-4844 facsimile

AM 32082360

rdiubaldo@edwardswildman.com
nvalenza-frost@edwardswildman.com

- and –

Alexander G. Henlin, Esq.
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 239-0100 telephone
(617) 227-4420 facsimile
ahenlin@edwardswildman.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCHELLE CRAIG, | ) |
| | ) Case No. 13-cv-4526 (SJF) (GRB) |
| Plaintiff, | ) |
| -against- | ) |
| | ) **AFFIDAVIT OF SERVICE** |
| SAXON MORTGAGE SERVICES, INC.; | ) |
| DECISION ONE MORTGAGE COMPANY, | ) |
| LLC; MORTGAGE ELECTRONIC | ) |
| REGISTRATION SYSTEMS, INC. ("MERS"); | ) |
| NS REALTY INVESTORS GROUP, LLC; | ) |
| IRA BIERMAN, owner NS Realty and HDHJ | ) |
| Group LLC; ANDREW RIEGER Executive | ) |
| Accountant for Kondaur Capital Corporation; | ) |
| KONDAUR CAPITAL CORPORATION; | ) |
| HDHJ GROUP LLC and DOES 1 TO 50 | ) |
| Inclusive; | ) |
| | ) |
| Defendants. | ) |
| | ) |

STATE OF NEW YORK )
                          ) ss.:
COUNTY OF NEW YORK )

DANIELLE NELSON being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to this action.

2. On April 7, 2014, I served Defendant Saxon Mortgage Services, Inc.'s Notice of
Appearance by mailing true copies of the same, enclosed and properly sealed in a postpaid
envelope, which I deposited in an official depository under the exclusive care and custody of the
United States Postal Services within the State of New York upon:

Rochelle Craig                             Eric P. Wainer, Esq.
76 Neptune Avenue                          Lawrence & Walsh, P.C.
Brookhaven, NY 11950                       215 Hilton Avenue
*Plaintiff Pro Se*                         Hempstead, NY 11550
                                           *Attorneys for Defendant NS Realty Investors
                                           Group LLC*

AM 32082360

Fincey John, Esq.
Knuckles Komosinski & Elliott LLP
565 Taxter Road, Suite 590
Elmsford, NY 10523
*Attorneys for Defendant Kondaur Capital
Corporation*

Mortgage Electronic Registration Systems,
Inc. ("MERS")
c/o CT Corporate System
111 8th Avenue
New York, NY 10011
*Defendant*

Andrew Rieger
Executive Accountant for Kondaur Capital
Corporation
333 South Anita Drive, Suite 400
Orange, CA 92868
*Defendant*

Decision One Mortgage Company, LLC
636 Grand Regency Blvd
Brandon, FL 33510
*Defendant*

Ira Bierman
owner North Shore Investors Realty Group,
HDHJ Group LLC and NS Realty Investors
Group
390 N. Broadway
Jericho, NY 11753
*Defendant*

HDHJ Group LLC
390 N. Broadway
Jericho, NY 11753
*Defendant*

Signature: _____

Sworn to before me this
__ day of April, 2014

Notary Public

NICHOLAS ANTHONY SECARA
Notary Public, State of New York
No. 02SE6274908
Qualified in New York County
Commission Expires 01/14/20__

AM 32082360