UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

ROCHELLE CRAIG,                                )
                                               )  Case No. 13-cv-4526 (SJF) (GRB)
                    Plaintiff,                 )
   -against-                                   )
                                               )  **NOTICE OF APPEARANCE**
                                               )
SAXON MORTGAGE SERVICES, INC.;                 )
DECISION ONE MORTGAGE COMPANY,                 )
LLC; MORTGAGE ELECTRONIC                       )
REGISTRATION SYSTEMS, INC. ("MERS");           )
NS REALTY INVESTORS GROUP, LLC;                )
IRA BIERMAN, owner NS Realty and HDHJ          )
Group LLC; ANDREW RIEGER Executive             )
Accountant for Kondaur Capital Corporation;    )
KONDAUR CAPITAL CORPORATION;                   )
HDHJ GROUP LLC and DOES 1 TO 50                )
Inclusive;                                     )
                                               )
                    Defendants.                )
_____   )

**PLEASE TAKE NOTICE** that, the undersigned hereby appears as counsel to defendant Saxon

Mortgage Services, Inc., in the within action and request that all pleadings and documents in this

action be served upon their attention at the following address and telephone numbers:

        Edwards Wildman Palmer LLP
        750 Lexington Avenue
        New York, NY 10022
        Attn:   Robert W. DiUbaldo
                  Nora A. Valenza-Frost
                  Alexander G. Henlin
        Tel: (212) 308-4411
        Fax: (212) 308-4844
        rdiubaldo@edwardswildman.com
        nvalenza-frost@edwardswildman.com
        ahenlin@edwardswildman.com

Dated:  New York, New York
          April 16, 2014

AM 32190378

EDWARDS WILDMAN PALMER LLP


By: /s Alexander G. Henlin

Alexander G. Henlin, Esq.
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 239-0100 telephone
(617) 227-4420 facsimile
*Attorneys for Defendant Saxon Mortgage Services, Inc.*

AM 32190378

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCHELLE CRAIG,<br><br>                Plaintiff,<br>  -against-<br><br>SAXON MORTGAGE SERVICES, INC.;<br>DECISION ONE MORTGAGE COMPANY, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"); NS REALTY INVESTORS GROUP, LLC; IRA BIERMAN, owner NS Realty and HDHJ Group LLC; ANDREW RIEGER Executive Accountant for Kondaur Capital Corporation; KONDAUR CAPITAL CORPORATION; HDHJ GROUP LLC and DOES 1 TO 50 Inclusive;<br><br>                Defendants. | Case No. 13-cv-4526 (SJF) (GRB)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK )

    DANIELLE NELSON being duly sworn, deposes and says:

    1. I am over 18 years of age and am not a party to this action.

    2. On April 16, 2014, I served Defendant Saxon Mortgage Services, Inc.'s Notice of Appearance by mailing true copies of the same, enclosed and properly sealed in a postpaid envelope, which I deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York upon:

Rochelle Craig
76 Neptune Avenue
Brookhaven, NY 11950
*Plaintiff Pro Se*

Eric P. Wainer, Esq.
Lawrence & Walsh, P.C.
215 Hilton Avenue
Hempstead, NY 11550
*Attorneys for Defendant NS Realty Investors Group LLC*

AM 32190378

Fincey John, Esq.
Knuckles Komosinski & Elliott LLP
565 Taxter Road, Suite 590
Elmsford, NY 10523
*Attorneys for Defendant Kondaur Capital Corporation*

Lisa J. Fried, Esq.
Jordan L. Estes, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
*Attorneys for Defendant Mortgage Electronic Registration Systems, Inc.*

Andrew Rieger
Executive Accountant for Kondaur Capital Corporation
333 South Anita Drive, Suite 400
Orange, CA 92868
*Defendant*

Decision One Mortgage Company, LLC
636 Grand Regency Blvd
Brandon, FL 33510
*Defendant*

Ira Bierman
owner North Shore Investors Realty Group, HDHJ Group LLC and NS Realty Investors Group
390 N. Broadway
Jericho, NY 11753
*Defendant*

HDHJ Group LLC
390 N. Broadway
Jericho, NY 11753
*Defendant*

Signature: _____

Sworn to before me this
16 day of April, 2014

_____
Notary Public

ANDRE K. CIZMARIK
NOTARY PUBLIC, State of New York
No. 01CI4970361
Qualified in Nassau County
Commission Expires 08/13/2014

AM 32190378