

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Robert W. DiUbaldo
+1 212 308 4411
*fax* +1 212 308 4844
rdiubaldo@edwardswildman.com

April 23, 2014

**VIA ECF FILING & REGULAR MAIL**

Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

>   Re:   Rochelle Craig v. NS Realty Investors Group, LLC et al.
>         Case No.: 2:13-cv-4526 (SJF) (GRB)

Dear Judge Feuerstein,

We represent defendant Saxon Mortgage Services, Inc. ("Saxon") in the above referenced action. In response to the Amended Complaint filed by the Plaintiff Rochelle Craig, Defendant Saxon will file a pre-answer motion to dismiss pursuant to F.R.C.P. 12(b)(1) and 12(b)(6) for failure to state a claim.

Pursuant to this Court's Individual Rules, Saxon will serve all appearing parties with a copy of its pre-answer motion to dismiss today, April 23, 2014. Once the motion is fully briefed, this office will electronically file all papers, with a courtesy copy to Your Honor, pursuant to the bundle rule.

If there are any questions or concerns, please don't hesitate to contact the undersigned.

Respectfully,

*Robert DiUbaldo*

Robert W. DiUbaldo

Cc:   Eric P. Wainer, Esq. (Via ECF)
      Fincey John, Esq. (Via ECF)
      Lisa Fried, Esq. (Via ECF)
      Jordan Estes, Esq. (Via ECF)

      Rochelle Craig
      76 Neptune Avenue
      Mastic, New York 11950