Hogan
Lovells

April 30, 2014

**VIA ECF**

Honorable Sandra J. Feuerstein
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Craig v. Saxon Mortgage Services, Inc., et al.*, No. 13-cv-4526 (SJF)(GRB)

Dear Judge Feuerstein:

      We represent Defendant Mortgage Electronic Registration Systems, Inc. ("MERS") in the above-captioned action. Pursuant to this Court's Individual Rule 4.B, today MERS is serving all appearing parties with copies of the following:

- Notice of Motion to Dismiss the Amended Complaint
- Memorandum of Law in Support of MERS' Motion to Dismiss the Amended Complaint

      Once the motion is fully briefed, MERS will electronically file all papers, with a courtesy copy to Your Honor, pursuant to the bundle rule.

      Please let us know if you have any questions.

Respectfully yours,

Jordan Estes