Rochelle Craig
76 Neptune Avenue
Mastic, NY 11950

13-cv-4526 (SJF)

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  APR 28 2014  ★

LONG ISLAND OFFICE

Dear Judge Feunestein,

This letter is to inform you that I have served my opposition motion to defendant Kondaur Capital Corporation and all parties, which includes a proposed order and TRO.

Thanks in advance for your consideration

Sincerely,

Mrs. Rochelle Craig

RECEIVED

APR 2 3 2014

EDNY PRO SE OFFICE