

215 Hilton Avenue
P.O. Box 1200
Hempstead, NY 11551
(516) 538-2400
Fax (516) 538-2079

11 Commerce Drive
Cranford, NJ 07016
(908) 931-9499
Fax (908) 931-9498

www.lawfirmonline.com

Michael F. Kennedy
Lawrence S. Lawrence(1980-2010)
Edward V. Walsh, Jr. (1980-2003)

John M. Tangel
James E. Tierney

Of Counsel:
Charles E. Fisher
Gerald N. Daffner
Eric P. Wainer
Russell M. Woods

May 1, 2014

<u>Via ECF</u>
Honorable Sandra J. Feuerstein
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

      Re:    Craig v. NS Realty Investors Group, LLC et al.
             Case No.: 13-cv-04526-SJF-GRB

Dear Judge Feuerstein:

      This firm represents NS Realty Investors Group, LLC, ("NSRIG") and HDHJ Group, LLC ("HDHJ"), two of the defendants in the above referenced action. Pursuant to this Court's Individual Rule 4.B I am writing to advise you that yesterday I served Plaintiff with NSRIG and HDHJ's Motion to Dismiss the Amended Complaint along with the Memorandum of Law and Supporting Affirmation of Eric P. Wainer.  Today I am serving all other parties with copies of those papers.

      Once the Motion is fully briefed, we will electronically file all of the papers and will provide your honor with a courtesy copy pursuant to the bundle rule.

      Very truly yours,

      Eric P. Wainer, Esq.

Attachments.

Cc: Rochelle Craig via regular Mail