UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ROCHELLE CRAIG,                                              CV 134526 (SJF)(GRB)

                Plaintiff,

    -against-

SAXON MORTGAGE SERVICES, INC.; DECISION
ONE MORTGAGE COMPANY, LLC,; et al.

                Defendants.

-------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for HDHJ Group, LLC and request that, all notices given or required to be given, and all papers served or required to be served, in this case, be given to and served upon:

           Eric P. Wainer, Esq.
           Lawrence and Walsh, P.C.
           215 Hilton Avenue
           Post Office Box 1200
           Hempstead, New York 11551
           (516) 538-2400
           Fax: (516) 538-2079
           epw@lawfirmonline.com

Dated:    Hempstead, New York
            May 1, 2014

           LAWRENCE and WALSH, P.C.


           By:  /s/ Eric P. Wainer
                Eric P. Wainer
           215 Hilton Avenue
           P.O. Box 1200
           Hempstead, NY  11551-1200
           (516) 538-2400
           Attorneys for HDHJ GROUP, LLC