

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Robert W. DiUbaldo
+1 212 308 4411
*fax* +1 212 308 4844
rdiubaldo@edwardswildman.com

May 15, 2014

### VIA ECF FILING & REGULAR MAIL

Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    **Rochelle Craig v. NS Realty Investors Group, LLC et al.**
              **Case No.: 2:13-cv-4526 (SJF) (GRB)**

Dear Judge Feuerstein,

We represent defendant Saxon Mortgage Services, Inc. ("Saxon") in the above referenced action. Yesterday, we submitted a letter (docket number 59) in anticipation of the Court's ruling on Plaintiff's request for an extension for time (docket number 56) to respond to Saxon's Pre-Answer Motion to Dismiss (docket number 46). We write today to supplement Saxon's previous request in light of the Court's ruling.

We previously understood that Plaintiff's response would be due on May 27, 2014. However, the Court granted Plaintiff an extension until June 4, 2014 (docket number 60), making Saxon's Reply due by June 11, 2014. Due to certain conflicts, Saxon respectfully requests that it be granted a one-week extension – until June 18, 2014 – for the time to serve and file its Reply. This supplements Saxon's first request for an extension, which has not yet been addressed, and we respectfully ask that it be granted by your Honor.

Respectfully,

*Robt DiUbal*

Robert W. DiUbaldo

Cc:    Eric P. Wainer, Esq. (Via ECF)
        Fincey John, Esq. (Via ECF)
        Lisa Fried, Esq. (Via ECF)
        Jordan Estes, Esq. (Via ECF)

        Rochelle Craig
        76 Neptune Avenue
        Mastic, New York 11950