May 15, 2014

<u>VIA ECF</u>

Honorable Sandra J. Feuerstein
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   MAY 15 2014   ★

LONG ISLAND OFFICE

Re: *Craig v. Saxon Mortgage Services, Inc., et al.*, No. 13-cv-4526 (SJF)(GRB)

Dear Judge Feuerstein:

We represent Defendant Mortgage Electronic Registration Systems, Inc. ("MERS") in the above-captioned action. On May 5, 2014, Plaintiff filed a letter motion for an extension of time (Dkt. No. 56) to file a response to MERS' Motion to Dismiss, along with the motions of other defendants. Plaintiff's response to MERS' Motion to Dismiss was due on May 12, 2014. This Court granted the motion, extending Plaintiff's time to respond until June 4, 2014.

It is our understanding that MERS' reply will be due by June 11, 2014. Due to conflicting briefing schedules in other matters, MERS respectfully requests that it be granted a one-week extension, until June 18, 2014, to serve and file its reply brief. This is MERS' first request for an extension.

Please let us know if you have any questions.

Respectfully yours,

Jordan Estes

<u>Order</u>
The application is:
__✓__ granted
____ denied
____ referred to Magistrate Judge _____ for
    ____ decision
    ____ report and recommendation

So Ordered

s/ Sandra J. Feuerstein

U.S.D.J.   5/15/14