# EDWARDS WILDMAN

EDWARDS WILDMAN PALMER LLP

750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY

★ MAY 15 2014 ★

LONG ISLAND OFFICE

Robert W. DiUbaldo
+1 212 308 4411
fax +1 212 308 4844
rdiubaldo@edwardswildman.com

May 14, 2014

**VIA ECF FILING & REGULAR MAIL**

Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    Rochelle Craig v. NS Realty Investors Group, LLC et al.
             Case No.: 2:13-cv-4526 (SJF) (GRB)

Dear Judge Feuerstein,

We represent defendant Saxon Mortgage Services, Inc. ("Saxon") in the above referenced action. On May 5, 2014, Plaintiff filed a letter motion for an extension of time (docket number 56) to file a response to Saxon's Pre-Answer Motion to Dismiss (docket number 46), along with the Pre-Answer Motions of other defendants. Plaintiff's response to Saxon's Motion was due on May 7, 2014.

We recently spoke with your Case Manager, Mr. Brian Morabito, who informed us that your Honor would be granting Plaintiff a 20-day extension of time. Thus, it is our understanding that Plaintiff's response to Saxon's Motion is due by May 27, 2014 with Saxon's Reply due by June 3. Due to previously scheduled business travel and other conflicts, Saxon respectfully requests that it be granted a one-week extension – until June 10, 2014 – for the time to serve and file its Reply. This is Saxon's first request for an extension, and we respectfully ask that it be granted by your Honor.

Respectfully,

*Robert D DiUbaldo*

Robert W. DiUbaldo

Cc:    Eric P. Wainer, Esq. (Via ECF)
        Fincey John, Esq. (Via ECF)
        Lisa Fried, Esq. (Via ECF)
        Jordan Estes, Esq. (Via ECF)

        Rochelle Craig
        76 Neptune Avenue
        Mastic, New York 11950

**Order**
The application is:
✓ granted ,
___ denied
___ referred to Magistrate Judge _____ for
    ___ decision
    ___ report and recommendation

So Ordered

s/ Sandra J. Feuerstein
U.S.D.J.  5/15/14

AM 32926121

BOSTON • CHICAGO • FT LAUDERDALE • HARTFORD • LONDON • LOS ANGELES • MADISON NJ • NEW YORK • NEWPORT BEACH
PROVIDENCE • STAMFORD • TOKYO • WASHINGTON DC • WEST PALM BEACH • HONG KONG (associated office)