

## Phillips Lytle LLP

<u>Via CM/ECF</u>  May 21, 2014

Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court,
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Craig v. Decision One Mortgage Company, LLC, et al.*;
Case No. 2:13-cv-04526(SJF)(GRB)

Dear Judge Feuerstein:

We represent defendant Decision One Mortgage Company, LLC ("Decision One") in this action. On May 20, 2014, we contacted pro se plaintiff Ms. Rochelle Craig in order to request an extension of time to respond to the amended complaint (*see* Dkt. No. 28), which was served on Decision One on May 1, 2014 (*see* Dkt. No. 58). Currently, Decision One's response to the amended complaint is due on or before May 22, 2014. *See id*.

Due to the length of the amended complaint, related state court trial and appellate actions concerning Ms. Craig and Decision One, and the need for Decision One to review the procedural status of this matter, Decision One respectfully requests an extension of time to respond or answer the complaint to and including June 22, 2014. Ms. Craig (copied below) has no objection to Decision One's request, and this is Decision One's first request for an extension.

Respectfully submitted,

Phillips Lytle LLP

By <u>/s/ Andrew J. Wells</u>

Andrew J. Wells

cc: Ms. Rochelle Craig (via email: Rochelle.Craig@christliketv.com)

ANDREW J. WELLS
DIRECT 212 508 0422  AWELLS@PHILLIPSLYTLE.COM

ATTORNEYS AT LAW

THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE 23rd FLOOR NEW YORK, NY 10018-1405  Phone 212 759 4888  Fax 212 308 9079
NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER  CANADA: WATERLOO REGION  WWW.PHILLIPSLYTLE.COM



Hon. Sandra J. Feuerstein, U.S.D.J.  May 21, 2014
Page 2

Doc #01-2777989.1